FILED
2024 Aug-02 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Bloomberg Consulting
Expertise. Precision. Innovation.

PLAINTIFF'S EXHIBIT K

**ADDENDUM**

May 13, 2024

Ms. Barbara Marschalk
Drew Eckl Farnham
303 Peachtree Street NE, Suite 3500
Atlanta, GA 30308

RE: Kaylie Turner v. Darling Ingredients [IWOV-DMS.FID769240]

FILE: Bloomberg Project No. 13636-P

Dear Ms. Marschalk:

I have completed my review of the additional information in this crash and in doing so I have analyzed the following supplemental file materials:

- Supplemental Report of Michael McCort
- Second Deposition Transcript of Michael McCort
- Bendix Service Bulletins

**DISSCUSSION**

Mr. McCort's updated simulation data indicates that he believes the impact between the Chevrolet and the Mack tractor occurred at the end of the 22-foot skid mark, approximately 45 to 50 feet before the first tire mark is visible from the Mack tractor. The speed differential is listed as 31 miles per hour. (Figure 24, Turner – McCort 331)



The initial contact from the front of the Chevrolet was to the rear of the Mack tractor, including the tandem wheels on the left third axle, left of the centerline. When the tandem wheels were struck, this would slow those wheels down below the actual vehicle speed and create the dual tire marks Mr. McCort discounts. (Turner ALEA Photos 044)



The impact separated the tandem tire's beads from the rim, which caused the left tires to deflate, and displaced the left wheels on the axle forward and right wheels on the axle to the rear. This caused the irregular marks to start just beyond the initial impact and continued to final rest. (Turner ALEA Photos 99 and 100)





Additionally, front end parts from the Chevrolet are wedged into the suspension and axle area, which would affect the tracking of the wheels. All of these physical conditions would produce the tire marks clearly visible in the roadway from the moment of impact, not 45 to 50 feet beyond impact.

The CDR Data downloaded from the airbag control module recovered from the Chevrolet indicates that Ms. Turner was traveling 77 miles per hour, in a posted 70 mile per hour zone, five seconds before the event with 16% of full accelerator pedal position and the service brake switch off. At 1 second before the event, the data lists the vehicle speed as 77 miles per hour with 0% of full accelerator pedal position. At 0.5 seconds before the event, the vehicle speed was listed as 67 miles per hour with the service brake switch on.

BOSCH CDR CRASH DATA RETRIEVAL

**Pre-Crash Data -5.0 to -0.5 sec (Record 1) - Table 1 of 2**

| Time (sec) | Service Brake (Brake Switch Circuit State) | Accelerator Pedal Position, % Full (Accelerator Pedal Position) (%) | Engine RPM (Engine Speed) (RPM) | Engine Throttle, % Full (Throttle Position) (%) | Speed, Vehicle Indicated (Vehicle Speed) (MPH [km/h]) | System Power Mode Status | System Backup Power Mode Status |
|---|---|---|---|---|---|---|---|
| -5.0 | Off | 16 | 1,792 | 30 | 77 [124] | Run | Run |
| -4.5 | Off | 16 | 1,792 | 30 | 77 [124] | Run | Run |
| -4.0 | Off | 16 | 1,792 | 30 | 77 [124] | Run | Run |
| -3.5 | Off | 19 | 1,792 | 30 | 77 [124] | Run | Run |
| -3.0 | Off | 20 | 1,792 | 32 | 77 [124] | Run | Run |
| -2.5 | Off | 15 | 1,792 | 30 | 77 [124] | Run | Run |
| -2.0 | Off | 14 | 1,792 | 28 | 77 [124] | Run | Run |
| -1.5 | Off | 12 | 1,792 | 26 | 77 [124] | Run | Run |
| -1.0 | Off | 0 | 1,792 | 7 | 77 [124] | Run | Run |
| -0.5 | On | 0 | 1,536 | 14 | 67 [108] | Run | Run |

Mr. McCort stated, "A speed change from 77 MPH to 67 MPH in a half second represents a deceleration of -0.91g which exceeds the capability of the vehicle. Therefore, the reported speed of 67 MPH is likely underreported due to wheel slip/lockup and the actual speed of the vehicle is slightly higher at that point in time." I agree with Mr. McCort that under reporting of the speed due to heavy braking is possible but do not agree that this data supports, "Ms. Turner was likely braking at the -1.0 data point if not slightly before." He is basing this opinion on one data point while already having acknowledged that the data point is likely incorrect.

Mr. McCort stated in his initial report that while analyzing the Bendix BDR Report he found that sign convention was incorrect. In analyzing the BDR Report, all of the steering angle values are multiplies of 5.37. This is a relatively small angle and may be subject to rounding. It is also consistent with a normal lane change.

The BDR Report indicates that the Mack tractor 4 began the lane change approximately 6 seconds prior to impact. Utilizing the data from the Mack ECM report, the BDR report and the CDR report for the Chevrolet, it was calculated that at 6 seconds prior to impact, the Mack was approximately 387 feet from impact and had been reducing its speed for at least 2 seconds. At 6 seconds prior to impact, the Chevrolet was approximately 666 feet from impact.

From an accident reconstruction standpoint, there was sufficient time and distance for Ms. Turner to observe the slowing tractor changing into her lane, had she been giving the proper attention to the driving task and avoid the crash by slowing down and/or changing lanes.

Based on my analysis of the information above and my education and experience, I have reached the following findings and opinions:

- The dual tire marks from the left rear tandem of the Mack tractor indicate the point of impact.
- The 67 mile per hour speed in the CDR report for the Chevrolet is likely under reported and does not support the position that Ms. Turner was braking prior to .5 seconds before impact.
- The time and distances calculated from the Mack ECM report, the BDR report, and the CDR report for the Chevrolet indicate there was sufficient time and distance for Ms. Turner to observe the slowing tractor changing into her lane, had she been giving the proper attention to the driving task and avoid the crash by slowing down and/or changing lanes.

This concludes my preliminary analysis. As additional information is received, my reconstruction and analysis will need to be updated. Please call if you have any questions or if you need anything further.

Sincerely,
Bloomberg Consulting, LLC

Will Partenheimer, CDS, ACTAR
Accident Reconstruction
Fleet Safety Specialist